UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
DOLE, ROLAND EUGENE § Case No. 10-76175
DOLE, MARY ELIZABETH §
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]     $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_, for a total compensation of $\_\_\_\_ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/DANIEL M. DONAHUE_____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-76175 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | DOLE, ROLAND EUGENE | Date Filed (f) or Converted (c): | 12/20/10 (f) |
| | DOLE, MARY ELIZABETH | 341(a) Meeting Date: | 04/11/11 |
| For Period Ending: | 10/19/11 | Claims Bar Date: | 09/22/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. single family residence located at 207 E. Burrall, | 40,000.00 | 0.00 | | 0.00 | FA |
| 2. cash | 50.00 | 0.00 | DA | 0.00 | FA |
| 3. checking U.S. Bank | 20.00 | 0.00 | DA | 0.00 | FA |
| 4. savings U.S. Bank | 400.00 | 0.00 | DA | 0.00 | FA |
| 5. savings U.S. Bank | 53.00 | 0.00 | DA | 0.00 | FA |
| 6. savings U.S. Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. Checking Dupaco Credit Union | 400.00 | 0.00 | DA | 0.00 | FA |
| 8. Savings Dupaco Credit Union | 300.00 | 0.00 | DA | 0.00 | FA |
| 9. 2 beds, 2 dressers, sofa, chair, 3 tvs, vcr, dvd p | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 10. video tapes and dvds with estimated retail value o | 200.00 | 0.00 | DA | 0.00 | FA |
| 11. clothing with estimated retail value of $200.00 | 75.00 | 0.00 | DA | 0.00 | FA |
| 12. jewelry with estimated retail value of $1200.00 | 600.00 | 0.00 | DA | 0.00 | FA |
| 13. camera with estimated retail value of $60.00 | 30.00 | 0.00 | DA | 0.00 | FA |
| 14. fishing tackle with estimated retail value of $10. | 5.00 | 0.00 | DA | 0.00 | FA |
| 15. Life insurance with death benefit only | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. Pension with monthly benefits upon retirement. | 0.00 | 0.00 | DA | 0.00 | FA |
| 17. 1998 Chevy Cheyenne pickup truck dealer retail val | 1,400.00 | 0.00 | DA | 0.00 | FA |
| 18. 1996 Pontiac Grand Prix dealer retail value $2500. | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 19. 2000 Hornet Camper dealer retail value $9000.00 | 7,000.00 | 0.00 | | 0.00 | FA |
| 20. dog and cat | 0.00 | 0.00 | DA | 0.00 | FA |
| 21. hand and power tools with estimated retail value o | 200.00 | 0.00 | DA | 0.00 | FA |
| 22. lawn mower with estimated retail value of $800.00 | 400.00 | 0.00 | DA | 0.00 | FA |
| 23. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.24 | FA |
| 24. Inheritance (u) | Unknown | 11,500.00 | | 11,500.00 | FA |

Gross Value of Remaining Assets

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 10-76175  MLB  Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | DOLE, ROLAND EUGENE | Date Filed (f) or Converted (c): | 12/20/10 (f) |
| | DOLE, MARY ELIZABETH | 341(a) Meeting Date: | 04/11/11 |
| | | Claims Bar Date: | 09/22/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $56,133.00 | $11,500.00 | | $11,500.24 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR):  / /        Current Projected Date of Final Report (TFR):  / /

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 10-76175 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | DOLE, ROLAND EUGENE | | Bank Name: | BANK OF AMERICA, N.A. |
| | DOLE, MARY ELIZABETH | | Account Number / CD #: | *******3817  MONEY MARKET |
| Taxpayer ID No: | *******0894 | | | |
| For Period Ending: | 10/19/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/11/11 | 24 | ROLAND EUGENE DOLE | INHERITANCE | 1229-000 | 11,500.00 | | 11,500.00 |
| 07/29/11 | 23 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 11,500.05 |
| 08/31/11 | 23 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,500.15 |
| 09/30/11 | 23 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,500.24 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 11,500.24 | 0.00 | 11,500.24 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 11,500.24 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 11,500.24 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********3817 | 11,500.24 | 0.00 | 11,500.24 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 11,500.24 | 0.00 | 11,500.24 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   11,500.24   0.00

Page 1

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: October 19, 2011

Case Number: 10-76175
Debtor Name: DOLE, ROLAND EUGENE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | $2,411.50 | $0.00 | $2,411.50 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $14.09 | $0.00 | $14.09 |
| 000001 070 7100-00 | US Bank N.A. PO Box 5229 Cincinnati, OH 45201 | Unsecured | | $11,355.64 | $0.00 | $11,355.64 |
| 000002 070 7100-00 | US Bank N.A. PO Box 5229 Cincinnati, OH 45201 | Unsecured | | $6,264.75 | $0.00 | $6,264.75 |
| 000003 070 7100-00 | U.S. Bank N.A. Bankruptcy Department P.O. Box 5229 Cincinnati, OH 45201 | Unsecured | | $20,060.09 | $0.00 | $20,060.09 |
| 000004 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $6,532.00 | $0.00 | $6,532.00 |
| 000006 070 7100-00 | US Bank N.A. PO Box 5229 Cincinnati, OH 45201 | Unsecured | | $87.00 | $0.00 | $87.00 |
| 000005 050 4110-00 | US Bank N.A. PO Box 5229 Cincinnati, OH 45201 | Secured | | $27,080.85 | $0.00 | $27,080.85 |
| | Case Totals: | | | $73,805.92 | $0.00 | $73,805.92 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-76175
Case Name: DOLE, ROLAND EUGENE
           DOLE, MARY ELIZABETH
Trustee Name: DANIEL M. DONAHUE

Balance on hand                                                         $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005 | US Bank N.A. | $ | $ | $ | $ |

Total to be paid to secured creditors                                   $_____

Remaining Balance                                                       $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses                  $_____

Remaining Balance                                                       $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | US Bank N.A. | $ | $ | $ |
| 000002 | US Bank N.A. | $ | $ | $ |
| 000003 | U.S. Bank N.A. | $ | $ | $ |
| 000004 | Chase Bank USA, N.A. | $ | $ | $ |
| 000006 | US Bank N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors       $_____

Remaining Balance       $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE