UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
DOLE, ROLAND EUGENE § Case No. 10-76175
DOLE, MARY ELIZABETH §
§
Debtor(s) §

AMENDED NOTICE OF FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:00 PM on 11/23/2011 in Courtroom 115,

          United States Courthouse
          211 S. Court St.
          Rockford, IL  61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: /s/ Daniel M. Donahue_____
                                                                                 Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
  §
  §
DOLE, ROLAND EUGENE § Case No. 10-76175
DOLE, MARY ELIZABETH §
  §
  §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 11,500.24 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 11,500.24 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005 | US Bank N.A. | $ 27,080.85 | $ 27,080.85 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 11,500.24 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,900.02 | $ 0.00 | $ 1,900.02 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 2,411.50 | $ 0.00 | $ 2,411.50 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 14.09 | $ 0.00 | $ 14.09 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,325.61 |
| Remaining Balance | $ 7,174.63 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,299.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | US Bank N.A. | $ 11,355.64 | $ 0.00 | $ 1,839.13 |
| 000002 | US Bank N.A. | $ 6,264.75 | $ 0.00 | $ 1,014.62 |
| 000003 | U.S. Bank N.A. | $ 20,060.09 | $ 0.00 | $ 3,248.88 |
| 000004 | Chase Bank USA, N.A. | $ 6,532.00 | $ 0.00 | $ 1,057.91 |
| 000006 | US Bank N.A. | $ 87.00 | $ 0.00 | $ 14.09 |
| | Total to be paid to timely general unsecured creditors | | $ | 7,174.63 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Daniel M. Donahue
                              Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                      Case No. 10-76175-MB
Roland Eugene Dole                                          Chapter 7
Mary Elizabeth Dole
        Debtors              CERTIFICATE OF NOTICE
District/off: 0752-3         User: cbachman              Page 1 of 1                Date Rcvd: Oct 25, 2011
                             Form ID: pdf006             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2011.
db/jdb       +Roland Eugene Dole,    Mary Elizabeth Dole,    P.O. Box 69,    Scales Mound, IL 61075-0069
16905965     +Ann Greenberg,    8212 Grap Vine Court NE,    Albuquerque, NM 87122-1015
16569737      Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
16569736     +Chase,   c/o CBE Group,   1309 Technology Parkway,    Cedar Falls, IA 50613-6976
16703945      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16569738      Chase Credit Card,    P.O. Box 15298,   Wilmington, DE 19850-5298
16569739      Finley Hospital,    c/o CBE Group, Inc.,    P.O. Box 2337,    Waterloo, IA 50704-2337
16569741     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   U.S. Bank,    P.O. Box 1800,    Saint Paul, MN 55101-0800)
16569740     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   U.S. Bank,    P.O. Box 6352,    Fargo, ND 58125-6352)
16672636     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   U.S. Bank N.A.,    Bankruptcy Department,    P.O. Box 5229,
                Cincinnati, OH 45201)
16569742     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   U.S. Bank Visa,    800 Nicollet Mall,   Minneapolis, MN 55402)
16569745     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   US Bank,    953 Gear Street,    Galena, IL 61036)
16663692     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   US Bank N.A.,    PO Box 5229,    Cincinnati, OH 45201)
16905966     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   US Bank Visa,    PO Box 5229,    Cincinnati, OH 45201)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17204248     +E-mail/Text: RepayLawFirm@IThink2.net Oct 26 2011 02:53:35     Attorney Henry Repay,
               930 West Locust Street,    Belvidere, Il 61008-4226
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16569743*    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   U.S. Bank Visa,    800 Nicollet Mall,   Minneapolis, MN 55402)
16569744*    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   U.S. Bank Visa,    800 Nicollet Mall,   Minneapolis, MN 55402)
16569746*    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   US Bank,    953 Gear Street,    Galena, IL 61036)
16794725*    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   US Bank N.A.,    P.O. Box 5229,   Cincinnati, OH 45201)
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 27, 2011**          **Signature:**   _Joseph Speetjens_