UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DOLE, ROLAND EUGENE | § | Case No. 10-76175 |
| DOLE, MARY ELIZABETH | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on             . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____        By:/s/DANIEL M. DONAHUE _____
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | US BANK N.A. |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase c/o CBE Group 1309 Technology Parkway Cedar Falls, IA 50613 | | | | | |
| | Finley Hospital c/o CBE Group, Inc. P.O. Box 2337 Waterloo, IA 50704-2337 | | | | | |
| | U.S. Bank P.O. Box 1800 Saint Paul, MN 55101-0800 | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000003 | U.S. BANK N.A. | | | | | |
| 000001 | US BANK N.A. | | | | | |
| 000002 | US BANK N.A. | | | | | |
| 000006 | US BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 10-76175   MLB   Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | DOLE, ROLAND EUGENE | Date Filed (f) or Converted (c): | 12/20/10 (f) |
| | DOLE, MARY ELIZABETH | 341(a) Meeting Date: | 04/11/11 |
| For Period Ending: 01/20/12 | | Claims Bar Date: | 09/22/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. single family residence located at 207 E. Burrall, | 40,000.00 | 0.00 | | 0.00 | FA |
| 2. cash | 50.00 | 0.00 | DA | 0.00 | FA |
| 3. checking U.S. Bank | 20.00 | 0.00 | DA | 0.00 | FA |
| 4. savings U.S. Bank | 400.00 | 0.00 | DA | 0.00 | FA |
| 5. savings U.S. Bank | 53.00 | 0.00 | DA | 0.00 | FA |
| 6. savings U.S. Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. Checking Dupaco Credit Union | 400.00 | 0.00 | DA | 0.00 | FA |
| 8. Savings Dupaco Credit Union | 300.00 | 0.00 | DA | 0.00 | FA |
| 9. 2 beds, 2 dressers, sofa, chair, 3 tvs, vcr, dvd p | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 10. video tapes and dvds with estimated retail value o | 200.00 | 0.00 | DA | 0.00 | FA |
| 11. clothing with estimated retail value of $200.00 | 75.00 | 0.00 | DA | 0.00 | FA |
| 12. jewelry with estimated retail value of $1200.00 | 600.00 | 0.00 | DA | 0.00 | FA |
| 13. camera with estimated retail value of $60.00 | 30.00 | 0.00 | DA | 0.00 | FA |
| 14. fishing tackle with estimated retail value of $10. | 5.00 | 0.00 | DA | 0.00 | FA |
| 15. Life insurance with death benefit only | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. Pension with monthly benefits upon retirement. | 0.00 | 0.00 | DA | 0.00 | FA |
| 17. 1998 Chevy Cheyenne pickup truck dealer retail val | 1,400.00 | 0.00 | DA | 0.00 | FA |
| 18. 1996 Pontiac Grand Prix dealer retail value $2500. | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 19. 2000 Hornet Camper dealer retail value $9000.00 | 7,000.00 | 0.00 | | 0.00 | FA |
| 20. dog and cat | 0.00 | 0.00 | DA | 0.00 | FA |
| 21. hand and power tools with estimated retail value o | 200.00 | 0.00 | DA | 0.00 | FA |
| 22. lawn mower with estimated retail value of $800.00 | 400.00 | 0.00 | DA | 0.00 | FA |
| 23. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.43 | FA |
| 24. Inheritance (u) | Unknown | 11,500.00 | | 11,500.00 | FA |

Gross Value of Remaining Assets

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

**ASSET CASES**

Page:   2

Exhibit 8

Case No:      10-76175      MLB    Judge: MANUEL BARBOSA

Case Name:    DOLE, ROLAND EUGENE

DOLE, MARY ELIZABETH

Trustee Name:                         DANIEL M. DONAHUE

Date Filed (f) or Converted (c):   12/20/10 (f)

341(a) Meeting Date:               04/11/11

Claims Bar Date:                   09/22/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $56,133.00 | $11,500.00 | | $11,500.43 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR):  / /          Current Projected Date of Final Report (TFR):  / /

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-76175  -MLB | |
| Case Name: | DOLE, ROLAND EUGENE | |
| | DOLE, MARY ELIZABETH | |
| Taxpayer ID No: | *******0894 | |
| For Period Ending: | 01/20/12 | |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | Bank of America, NA |
| Account Number / CD #: | *******3817  MONEY MARKET |
| Blanket Bond (per case limit): | $  1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/11/11 | 24 | ROLAND EUGENE DOLE | INHERITANCE | 1229-000 | 11,500.00 | | 11,500.00 |
| 07/29/11 | 23 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 11,500.05 |
| 08/31/11 | 23 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,500.15 |
| 09/30/11 | 23 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,500.24 |
| 10/31/11 | 23 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,500.34 |
| 11/30/11 | 23 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 11,500.43 |
| 11/30/11 | | Transfer to Acct #*******3969 | Final Posting Transfer | 9999-000 | | 11,500.43 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 11,500.43 | 11,500.43 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 11,500.43 | |
| Subtotal | | 11,500.43 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 11,500.43 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 11,500.43 | 11,500.43 |

Ver: 16.05b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 10-76175 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | DOLE, ROLAND EUGENE | | Bank Name: | Bank of America, NA |
| | DOLE, MARY ELIZABETH | | Account Number / CD #: | *******3969  GENERAL CHECKING |
| Taxpayer ID No: | *******0894 | | | |
| For Period Ending: | 01/20/12 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/30/11 | | Transfer from Acct #*******3817 | Transfer In From MMA Account | 9999-000 | 11,500.43 | | 11,500.43 |
| 12/01/11 | 000100 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL  61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,900.02 | 9,600.41 |
| 12/01/11 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,411.50 | 7,188.91 |
| 12/01/11 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 14.09 | 7,174.82 |
| 12/01/11 | 000103 | US Bank N.A. PO Box 5229 Cincinnati, OH 45201 | Claim 000001, Payment 16.2% | 7100-000 | | 1,839.18 | 5,335.64 |
| 12/01/11 | 000104 | US Bank N.A. PO Box 5229 Cincinnati, OH 45201 | Claim 000002, Payment 16.2% | 7100-000 | | 1,014.65 | 4,320.99 |
| 12/01/11 | 000105 | U.S. Bank N.A. Bankruptcy Department P.O. Box 5229 Cincinnati, OH 45201 | Claim 000003, Payment 16.2% | 7100-000 | | 3,248.97 | 1,072.02 |
| 12/01/11 | 000106 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000004, Payment 16.2% | 7100-000 | | 1,057.93 | 14.09 |
| 12/01/11 | 000107 | US Bank N.A. PO Box 5229 Cincinnati, OH 45201 | Claim 000006, Payment 16.2% | 7100-000 | | 14.09 | 0.00 |

| | Page Subtotals | 11,500.43 | 11,500.43 |
|---|---|---|---|

Ver: 16.05b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| Case No: | 10-76175  -MLB | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- |
| Case Name: | DOLE, ROLAND EUGENE | Bank Name: | Bank of America, NA |
| | DOLE, MARY ELIZABETH | Account Number / CD #: | *******3969  GENERAL CHECKING |
| Taxpayer ID No: | *******0894 | | |
| For Period Ending: | 01/20/12 | Blanket Bond (per case limit): | $  1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 11,500.43 | 11,500.43 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 11,500.43 | 0.00 | |
| | | | Subtotal | | 0.00 | 11,500.43 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 11,500.43 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - *******3817 | 11,500.43 | 0.00 | 0.00 |
| GENERAL CHECKING - *******3969 | 0.00 | 11,500.43 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 11,500.43 | 11,500.43 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                           0.00                    0.00

Ver: 16.05b